IN THE UNITED STATES DISTRICT COURT
WESTSERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RUSSELL CROWSON, as Personal
Representative of the Estate of
Don Allen Crowson, Deceased                                                    PLAINTIFF

v.                                  Case No. 4:23-cv-4112

JOHN DOE, Individually and in His
Official Capacity; MICHAEL KRAMM,
Individually and in His Official Capacity;
and the CITY OF TEXARKANA, ARKANSAS,
a Municipality                                                                 DEFENDANTS

## ORDER

Before the Court is a Motion to Compel filed by Separate Defendants Michael Kramm and the City of Texarkana ("Separate Defendants"). ECF No. 24. Plaintiff has not filed a response to the motion, and the time for response has passed. The Court finds this matter ripe for consideration.

On April 26, 2024, Separate Defendants propounded interrogatories and requests for production of documents to Plaintiff. To date, Plaintiff has responded to the discovery requests. Thus, Separate Defendants move the Court to compel Plaintiff to respond to the interrogatories and requests for production of documents.

Upon consideration, the Court finds that Separate Defendants' Motion to Compel (ECF No. 24) should be and hereby is **GRANTED**. Plaintiff must submit responses to the interrogatories and requests for production of documents on or before **August 9, 2024**. Failure to comply with this Order could result in sanctions being imposed by the Court pursuant to Federal Rule of Civil Procedure 37.

**IT IS SO ORDERED**, this 31st day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge