IN THE UNITED STATES DISTRICT COURT
WESTSERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RUSSELL CROWSON, as Personal
Representative of the Estate of
Don Allen Crowson, Deceased                                                      PLAINTIFF

v.                                        Case No. 4:23-cv-4112

JOHN DOE, Individually and in His
Official Capacity; MICHAEL KRAMM,
Individually and in His Official Capacity;
and the CITY OF TEXARKANA, ARKANSAS,
a Municipality                                                                    DEFENDANTS

## ORDER

Before the Court is an Unopposed Motion for Protective Order. ECF No. 23. The parties to this case, through their respective counsel, agree to protect the confidentiality of certain information that may be discovered or offered into evidence at the trial of this case. Defendants move for entry of their proposed Agreed Protective Order, which they provided to the Court via email. Upon consideration, the Court finds that the motion (ECF No. 23) should be and hereby is **GRANTED**. The Court will enter the proposed Agreed Protective Order as a separate docket entry.

**IT IS SO ORDERED**, this 7th day of October, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge